IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID JOHN FRANKLIN, | § | |
| TDCJ-CID NO.654550, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1979 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $350.00 filing fee.

SIGNED at Houston, Texas, on July 27, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE